## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

Raul Romero

Debtor(s)

Case No.: 10 B 13620
Chapter: 7

Judge John H. Squires (Wheaton)

### ORDER MODIFYING THE AUTOMATIC STAY

THIS CAUSE coming to be heard on the motion of FEDERAL HOME LOAN MORTGAGE CORPORATION, a secured creditor herein, for relief from the automatic stay, the Court having jurisdiction over the subject matter and due notice having been given; and the Court finding that the mortgage held by said creditor is in default and that the security interest of said creditor is not adequately protected:

**WHEREFORE, IT IS HEREBY ORDERED:**
(1) Pursuant to 11 U.S.C. §362(d), that FEDERAL HOME LOAN MORTGAGE CORPORATION its principals, agents, successors and/or assigns is granted relief from the automatic stay provisions of 11 U.S.C. §362(a) by modifying said stay to permit them to pursue their state court remedies as to the property commonly known as 419 N. Taft Avenue, Hillside, IL.

(2) Rule 4001(a)(3) is not applicable and FEDERAL HOME LOAN MORTGAGE CORPORATION may immediately enforce and implement this order granting relief from the automatic stay.

DATED: APR - 9 2010

ENTER:

_____
UNITED STATES BANKRUPTCY JUDGE

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-09-08602**